| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Sands, Willie L | 2. Court or Organization U. S. D. C. Middle Dist. Ga. | 3. Date of Report 5/14/2004 |

4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

Chief District Judge (Active)

5. ReportType (check appropriate type)

○ Nomination, Date

○ Initial   ● Annual   ○ Final

6. Reporting Period

1/1/2003
to
12/31/2003

7. Chambers or Office Address

C. B. King United States Cthse

201 West Broad Avenue

Albany, Georgia 31701

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | The Jackie Robinson Cairo Grady County Memorial Institute |
| 2. Trustee | Mercer University |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 17 A 10:48 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Sands, Willie L | 5/14/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2002 | Cosmos Broadcasting Corporation |
| 2. 2002 | Reflections Promotions |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. Mercer University | Feb. 19 - Macon, GA, Mtg of Bd of Trustees (Meals and Room) |
| 2. Price-Waterhouse-Coopers | Feb. 26-Mar. 1 Phoenix, AZ Member of Judicial Panel - Leadership Forum(Travel, Meals and Hotel |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Household Bank, f.s.b. | Loan | J |
| 2. | Suntrust Bank, South GA | Business Line of Credit | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Loomis Sayles Bond Fund | A | Dividend | J | T | | | | | |
| 2.   Neuberger & Berman Fund | | None | J | T | | | | | |
| 3.   Putnam International Growth Fund | A | Dividend | J | T | | | | | |
| 4.   The Liberty Corp., common stock | | None | J | T | | | | | |
| 5.   Invesco Struct Sm Cap Val Tr | | None | J | T | | | | | |
| 6.   Principal: Adjustable Life Policy | A | Dividend | J | T | | | | | |
| 7.   Invesco Small Co Growth(x) | | None | J | T | | | | | |

1. Income/Gain Codes:          A  = $1,000 or less          B  = $1,001-$2,500          C  = $2,501-$5,000          D  = $5,001-$15,000          E  = $15,001-$50,000
   (See Columns B1 and D4)     F  = $50,001-$100,000     G  = $100,001-$1,000,000     H1  = $1,000,001-$5,000,000     H2  = More than $5,000,000
2. Value Codes:               J  = $15,000 or less       K  = $15,001-$50,000      L  = $50,001-$100,000       M  = $100,001-$250,000
   (See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500,001-$1,000,000     P1  = $1,000,001-$5,000,000     P2  = $5,000,001-$25,000,000
                              P3  = $25,000,001-$50,000,000                            P4  = More than $50,000,000
3. Value Method Codes         Q  = Appraisal            R  = Cost (Real Estate Only)     S  = Assessment          T  = Cash/Market
   (See Column C2)            U  = Book Value           V  = Other                  W  = Estimated

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sands, Willie L | 5/14/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature   Date 5/14/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544